UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARC EINSOHN,

        Plaintiff,

  - against -

THE NEW YORK CITY DEPARTMENT OF
EDUCATION and HOWARD KWAIT, *in his individual
and official capacity*,

        Defendants.
------------------------------------------------------------------X

**JUDGMENT**
17-CV-1863 (RRM) (RML)

    A Memorandum and Order having been issued this day granting defendants motion to dismiss all claims brought in this action, it is hereby

    ORDERED, ADJUDGED AND DECREED that plaintiff take nothing from defendants, and that this action is dismissed with prejudice.

Dated: Brooklyn, New York
       September 27, 2019

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge